Bobby J. HINKLE, Claimant–
Appellant,

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2014–7053.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2014.

Robert C. Brown, Jr., Tommy Klepper & Associates, of Norman, Oklahoma, argued for claimant-appellant.

Michael Snyder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Claudia Burke, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel and Rachael T. Brant, Attorney, United States Department of Veterans Affairs, of Washington, DC.

DYK, PLAGER, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**